UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

USA V. OSCAR GUERRERO
    HECTOR MEREGILDO        CRIMINAL 06-75
    FERNANDO SANCHEZ

## **ORDER**

The above criminal case is listed for **ARRAIGNMENTS** on Tuesday, February 28, 2006 @ **2:00 p.m.** in the William J. Nealon Federal Building, Scranton, Pennsylvania.

This Order changes only the scheduled time of the arraignments from 10:00 a.m. to 2:00 p.m. – the date remains the same.

                            s/Edwin M. Kosik
                            United States District Judge

Date: February 24, 2006